Prob 12
(Mod. for E.VA 03/02)

## UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

**FILED JUL - 2 2002 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

U.S.A. vs. Charlotte Cooper        Docket No. 3:99CR128-01

### Petition on Probation

COPY

COMES NOW David J. Guertler, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charlotte Cooper, who was placed on supervision by the Honorable James R. Spencer sitting in the Court at Richmond, Virginia, on the 29th day of October, 1999, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Attachment(s)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: No bond recommend. The offender has not reported since April 3, 2002, has failed to keep in touch with her Probation Officer, has not followed instructions, and has failed to make appropriate restitution payments.

DOB: ■
SSN: ■
SEX: Female
RACE: Black/Non-Hispanic

FBI NO.: ■
REG. NO.: 35568-083
ADDRESS: ■
PHONE: ■

ORDER OF COURT

Considered and ordered this 1st day of July, 2002 and ordered filed and made a part of the records in the above case.

_James R. Spencer_
United States District Judge

Respectfully,

_David J. Guertler_
Senior U.S. Probation Officer

Place Richmond, Virginia
Date 6/27/02

Petition on Probation
Page 2
RE: COOPER, Charlotte

**OFFENSE**: Theft of Government, Class C Felony (10 years, $250,000 fine and $50 Special Assessment Fee.

**SENTENCE**: Five (5) years probation.

**ADJUSTMENT TO SUPERVISION**: Poor. The defendant had similar violations reported in a Violation Report - No Action Recommendation to the Court on May 1, 2000. This U.S. Probation Officer met with Ms. Cooper on April 3, 2002, to discuss alleged violations of her failure to pay restitution, turn in monthly reports, and keep contact with this Probation Officer. Since April 3, 2002, Ms Cooper has failed to contact this Probation Officer.

**SPECIAL CONDITIONS**:

1. The defendant shall not incur new credit card charges or open additional lines of credit without the approval of the probation officer.

2. The defendant shall provide the probation officer with access to requested financial information.

3. The defendant shall be on home detention, which shall include electronic monitoring, for a period of 180 consecutive days. During this time, she shall remain at her place of residence except for employment and other activities approved in advance by the Probation Officer. She shall maintain a telephone at her place of residence without "call forwarding," a modem, "caller ID," "call waiting," or portable cordless telephones for the above period. She shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the Probation Officer. The cost of the electronic monitoring is waived.

4. The defendant shall notify the Licensing Division of the State Board of Nursing of her conviction and comply with any State regulations pertaining to the retention of her license.

5. The defendant shall pay restitution in the amount of $21,152.86. Restitution shall be payable in monthly installments of no less than $20 per month, beginning May 29, 2000.

6. Reimbursement of the attorney fees advanced under the provisions of the Criminal Justice Act shall be payable in monthly installments of no less than $10 per month, beginning May 5, 2000.

7. The defendant shall pay a special assessment in the amount of $50.

Petition on Probation
Page 3
RE: COOPER, Charlotte

**VIOLATIONS:** The following violations are submitted for the Court's consideration.

**FAILURE TO PAY RESTITUTION AS DIRECTED BY THE PROBATION OFFICER.**

Despite regular employment, the defendant failed to pay the restitution at the minimum rate of $20 per month as directed by the Probation Officer.

**CONDITION 2:** **FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED.**

On May 6, 2002 and June 3, 2002, the defendant failed to report for a scheduled office appointment.

**FAILURE TO SUBMIT TIMELY MONTHLY SUPERVISION REPORTS TO THE PROBATION OFFICER.**

The defendant submitted late monthly reports for the months of May 2000, June 2000, July 2000, August 2000, September 2000, October 2000, July 2001, October 2002, November 2001, and December 2001.

**FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.**

The defendant failed to submit monthly reports for March, April, May, and June 2002.

**CONDITION 3:** **FAILURE TO ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER.**

**FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER.**

On April 3, 2002, the defendant failed to follow the Probation Officer's instructions by failing to keep her office appointments for May and June 2002.

DJG/vdh

cc: DCUSPO/SUSPO Somerville