AO 442 (Rev 6/96-EDVA) Warrant - Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

67255

**WARRANT FOR ARREST**

UNITED STATES OF AMERICA

v.

Criminal Action
Number: 3:99CR128

CHARLOTTE COOPER

To: The United States Marshal and/or any Authorized United States Officer

You are HEREBY COMMANDED to ARREST CHARLOTTE COOPER and bring him/her to the nearest United States Magistrate Judge to answer a(n)

___ Indictment  ___ Information  ___ Complaint  ___ SEALED Order

__XX__ Petition on Probation  ___ Violation of Pretrial Release

charging him/her with (brief description of offense):

**PLEASE SEE COPY OF
PETITION ON PROBATION ATTACHED**

In Violation of Title____ United States Code, Section(s)____

Robert L. Walker
Name of Issuing Officer

*(signature)* Robert D. Walker
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

July 02, 2002 - Richmond
Date and Location

Bail Fixed at $ N/A

By: _____
Name of Judicial Officer

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 08/02/2023 | DUSM Thomas M. Weeks Jr., | *signature* |

This warrant was received and executed with the arrest of the above-named defendant at:

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:** CHARLOTTE COOPER

**ALIAS:**

**RESIDENCE:** ▮▮▮

**LAST KNOWN EMPLOYMENT:**

**PLACE OF BIRTH:**

**DATE OF BIRTH:** ▮▮▮

**SOCIAL SECURITY NUMBER:** ▮▮▮

**HEIGHT:**   **WEIGHT:**

**SEX:** FEMALE   **RACE:** BLACK

**HAIR:**   **EYES:**

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:**

**FBI NUMBER:** ▮▮▮

**REG. NUMBER:** 35568-083

**COMPLETE DESCRIPTION OF AUTO:**

**INVESTIGATIVE AGENCY AND ADDRESS:**